UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHANIEL SHAFER,<br><br>        Petitioner,<br><br>    v.<br><br>THE STATE OF WASHINGTON,<br><br>        Respondent. | NO: 2:14-CV-00219-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING HABEAS PETITION |

BEFORE THE COURT is Magistrate Judge Hutton's Report and Recommendation (ECF No. 4) to Dismiss the Habeas Petition (ECF No. 1). Petitioner, a prisoner at the Airway Heights Corrections Center, is proceeding *pro se* and has paid the $5.00 filing fee for this action; Respondent has not been served.

On September 24, 2014, Magistrate Judge Hutton recommended the Petition be dismissed with prejudice as untimely under 28 U.S.C. § 2244(d), and for lack of personal jurisdiction over the named Respondent. *See* Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California*

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING HABEAS PETITION -- 1

1 *Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). There being no objections, the Court **ADOPTS** the Report and Recommendation (ECF No. 4).

Accordingly, **IT IS ORDERED** the Petition (ECF No. 1) is **DISMISSED WITH PREJUDICE** as untimely and for lack of personal jurisdiction.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter **JUDGMENT** for Respondent, forward copies to Petitioner at his last known address and **CLOSE** the file. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** October 20, 2014.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING HABEAS PETITION -- 2